IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK McGUIGAN | : | COURT OF COMMON PLEAS |
| | : | PHILADELPHIA COUNTY, PA |
| v. | : | |
| | : | |
| DARDEN a/k/a DARDEN RESTAURANTS, INC. | : | CASE ID: 110804899 |
| And | : | |
| LONGHORN STEAKHOUSE | : | JURY TRIAL DEMANDED |
| And | : | |
| DARDEN RESTAURANTS OF PA MERGER | : | |
| CORPORATION | : | |
| And | : | |
| DARDEN CORPORATION | : | |
| And | : | |
| RARE HOSPITALITY INTERNATIONAL | : | |
| INC. f/k/a LONGHORN STEAKS, INC. | : | |
| And | : | |
| CARDINAL a/k/a CARDINAL GLASS | : | |
| COMPANY a/k/a CARDINAL GLASS | : | |
| And | : | |
| CARDINAL INTERNATIONAL | : | |
| And | : | |
| CARDINAL GLASSWARE, INC. | : | |
| And | : | |
| CARDINAL GLASSWARE CORP | : | |
| And | : | |
| ARCOROC a/k/a ARCOROC PROFESSIONAL | : | |
| And | : | |
| ARC INTERNATIONAL | : | |
| And | : | |
| ARC INTERNATIONAL NORTH AMERICA, INC. | : | |
| And | : | |
| ARC INTERNATIONAL B2B | : | |

**CARDINAL A/K/A CARDINAL GLASS COMPANY A/K/A CARDINAL GLASS, CARDINAL INTERNATIONAL, CARDINAL GLASSWARE, INC. AND CARDINAL GLASSWARE CORP.'S NOTICE OF REMOVAL**

1. The above-referenced defendants (hereinafter referred to as the "Cardinal defendants") were sued by Plaintiff Patrick McGuigan in the Philadelphia County Court of Common Pleas. *A true and correct copy of the Complaint is attached hereto as Exhibit A.*

2. The Cardinal defendants were served with the Complaint on September 21, 2011 via United States Mail.

3. The Cardinal defendants admit that Plaintiff resides in Holland, Pennsylvania and, as such, is a resident of Northampton County, Pennsylvania.

4. The Cardinal defendants are averred to have a place of business in Wayne, Passaic County, New Jersey.

5. The Cardinal defendants have a principle place of business in Pine Brook, Morris County, New Jersey.

6. Plaintiff filed this action as a "jury-level" matter in Philadelphia County, asserting that the claim is worth in excess of $50,000.

7. Based upon the averments of the Complaint, Plaintiff is complaining of severe and permanent injuries.

8. As such, it is believed that Plaintiff contends this matter is worth in excess of $75,000.

9. This Court has jurisdiction over the matter 28 U.S.C. §1332(a)(1), as the amount in controversy exceeds $75,000 and is between citizens of different states.

10. No defendant objects to this removal.

WHEREFORE, the Cardinal Defendants hereby remove this action from the Philadelphia County Court of Common Pleas to the United States District Court for the Eastern District of Pennsylvania, without prejudice to transfer the matter to another United States District Court after removal.

Respectfully Submitted,

STRACHAN & HATZELL

BY: ________________________________
JOHN E. TOCZYDLOWSKI, ESQ.
Attorney for the Cardinal Defendants