IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICK MCGUIGAN             :        CIVIL ACTION
          v.                          :
                                      :
DARDEN, et al.               :        NO.  11-6563

## ORDER

AND NOW, this 13th day of March 2012, upon consideration of Plaintiff's

petition to remand this matter to state court (Doc. 8), the Cardinal and ARC Defendants'

response thereto, including their motion for leave to file an amended notice of removal

(Doc. 11), and Plaintiff's response in opposition to Defendants' motion (Doc. 13), it is

HEREBY ORDERED as follows:

1. Plaintiff's petition to remand is GRANTED and this matter is REMANDED to the Court of Common Pleas of Philadelphia County; and

2. Defendants' motion for leave to file an amended notice of removal is DENIED.

BY THE COURT:

/s/ Elizabeth T. Hey

_____
Elizabeth T. Hey
UNITED STATES MAGISTRATE JUDGE